■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGINALD CLAVERIE, Appellant. [28 NYS3d 317]—

Judgment, Supreme Court, New York County (Renee A. White, J.), rendered May 28, 2013 convicting defendant, upon his plea of guilty, of burglary in the third degree and sentencing him to a term of nine months, unanimously affirmed.

The court providently exercised its discretion in denying defendant's motion to withdraw his guilty plea. Defendant received the precise sentence that had been promised by the court. Moreover, during the plea colloquy, defendant had acknowledged that no other promises had been made. Defendant's misunderstanding of the number of additional days he

would have to serve after pleading guilty was based on alleged off-the-record discussions and does not warrant vacatur of the plea (*see People v Ramos*, 63 NY2d 640, 642-643 [1984]). Concur—Mazzarelli, J.P., Acosta, Moskowitz, Gische and Webber, JJ.